# United States District Court
# For The Western District of North Carolina
# Charlotte Division

CHANTEL E. WARRINGTON,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:12-cv-672-GCM

DUSTIN M. HUFFMAN, Dept of Social Servs. Et al.

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2012 Order.

Signed: November 27, 2012

Frank G. Johns, Clerk
United States District Court